**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **WILMER FRANCISCO SIERRA-HENRIQUEZ #A094-363-138** | **CASE NO. 1:26-CV-01584 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **U S IMMIGRATION & CUSTOMS ENFORCEMENT ET AL** | **MAG. JUDGE DAVID J. AYO** |

# ORDER

Petitioner was removed to Honduras despite an Order from an Immigration Judge withholding his removal to that country. (Doc. 1-2 at 28). Counsel for Respondents represented that the Government was actively working to facilitate Petitioner's return to the United States. (Doc. 11). This Court ordered Petitioner's counsel to file a status report by June 3, 2026. *Id.* The report indicates that Petitioner has not been returned. Further, Petitioner's family and counsel have not been able to communicate with Enforcement and Removal Operations regarding Petitioner's status. Accordingly,

**IT IS HEREBY ORDERED** that counsel for the parties shall confer and jointly report to the Court **no later than 5:00pm TODAY, June 4, 2026,** through edwards_motions@lawd.uscourts.gov, the status of Petitioner's return to the United States.

**IT IS FURTHER ORDERED** that an in-person hearing will be held on **Monday, June 8, 2026, at 10:00 am,** in Courtroom 2 in Alexandria, Louisiana,

where the Government shall inform the Court on the steps taken to return Petitioner to the United States.

THUS DONE in Chambers on this 4th day of June, 2026.

JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE